# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Ystenes, | Civil No. 09-1572 (RHK-JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| University of Minnesota, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal (Doc. No. 29), **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 13, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge